75,864-03

WRIT NO. WR-75,864-03
TRIAL COURT CAUSE NO. 1053411-A

| | | |
|---|---|---|
| EX PARTE | § | IN THE 262ND DISTRICT COURT |
| | § | OF |
| BARTHOLOMEW GUZMAN,<br>Applicant | § | HARRIS COUNTY, TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 09 2015
Abel Acosta, Clerk

## TRIAL COURT'S FIRST MOTION REQUESTING AN EXTENSION TO SUPPLEMENT HABEAS RECORD ON SECOND REMAND

The 262nd District Court of Harris County, Texas, moves the Honorable Court of Criminal Appeals to grant a first extension of time to comply with its second remand order (dated September 17, 2014) to conduct factual investigation for the instant application for writ of habeas corpus in the above-captioned cause and will show the following in support thereof:

I.

On August 17, 2009, the applicant filed a *pro se* application for writ of habeas corpus in cause number 1053411-A. The State was served with the application on August 19, 2009. On September 3, 2009, the State filed a motion requesting designation of issues in cause number 1053411-A. On September 4, 2009, this Court entered an order designating issues needing to be resolved in cause number 1053411-A.

On May 15, 2013, the Court of Criminal Appeals issued an unpublished order requiring this Court to forward the habeas record or to

resolve the issues identified in the order designating issues then forward the habeas record to the Court of Criminal Appeals within thirty (30) days. *In re Guzman*, No. WR-75,864-02 (Tex. Crim. App. May 15, 2013). On May 24, 2013, the State filed an answer in cause number 1053411-A. On June 3, 2013, this Court entered findings of fact and ordered that the habeas record be forwarded to the Court of Criminal Appeals in cause number 1053411-A.

On September 11, 2013, the Court of Criminal Appeals issued an unpublished order remanding the instant cause to this Court in writ number WR-75,864-03 and ordering that this Court resolve factual issues by, among many options, obtaining affidavits or conducting an evidentiary hearing to address the applicant's factual claims of ineffective assistance of counsel in trial. *Ex parte Guzman*, No. WR-75,864-03 (Tex. Crim. App. September 11, 2013). The Court of Criminal Appeals' remand order required the supplementation of the habeas record by January 9, 2014. Pursuant to this Court's first request, the Court of Criminal Appeals granted an extension of time to supplement the habeas record until May 9, 2014. Pursuant to this Court's second request, the Court of Criminal Appeals granted another extension of time to supplement the habeas record until June 23, 2014. On May 15, 2014, this Court entered findings of fact and ordered that the

2

supplemental habeas transcript be forwarded to the Court of Criminal Appeals.

On September 17, 2014, the Court of Criminal Appeals issued an unpublished order remanding the instant cause to this Court in writ number WR-75,864-03 and ordering that this Court resolve factual issues by, among many options, obtaining affidavits or conducting an evidentiary hearing to address additional issues related to the applicant's claims of ineffective assistance of counsel in trial. *Ex parte Guzman*, No. WR-75,864-03 (Tex. Crim. App. September 17, 2014). The Court of Criminal Appeals' remand order required the supplementation of the habeas record by January 15, 2015. On November 21, 2014, this Court appointed attorney Jerome Godinich to represent the applicant in the instant habeas proceeding.

The applicant's appointed habeas attorney has requested an evidentiary hearing after completing his investigation. Pursuant to habeas counsel's request, this Court has scheduled an evidentiary hearing for May 7, 2015. After the evidentiary hearing, this Court will enter findings of fact as ordered by the Court of Criminal Appeals.

## II.

THEREFORE, this Court respectfully requests an extension of time of until June 1, 2015, to conduct the scheduled evidentiary hearing, enter findings of fact, and supplement the habeas transcript with the findings of fact, affidavits, hearing records, and other documentation necessary to resolve factual issues and to forward such habeas transcript to the Court of Criminal Appeals in writ number WR-75,864-03.

## III.

WHEREFORE, PREMISES CONSIDERED, this Court respectfully requests that the Court of Criminal Appeals allow until **JUNE 1, 2015**, to fully comply with its order in writ number WR-75,864-03.

SIGNED this _____ day of ___APR 0 6 2015___, 2015.

_____
for (PRESIDING JUDGE, 262ND DISTRICT COURT
HARRIS COUNTY, TEXAS

4